UNITED STATES of America, Appellant, v. Ray EDSTROM.

No. 8961.

Circuit Court of Appeals, Eighth Circuit.

July 9, 1930.

Ross R. Mowry, U. S. Atty., of Newton, Iowa.

Hugh P. Finerty and D. E. Stuart, both of Council Bluffs, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.

UNITED STATES of America, Appellant, v. Milton E. FIETH, an Incompetent, by Edith B. Fieth, Legal Guardian.

No. 8981.

Circuit Court of Appeals, Eighth Circuit.

Aug. 14, 1930.

William L. Vandeventer, U. S. Atty., and Claude E. Curtis, Asst. U. S. Atty., both of Kansas City, Mo.

Frank R. Daley, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.

UNITED STATES of America, Appellant, v. Lawrence James HAYES, Appellee.

No. 6224.

Circuit Court of Appeals, Ninth Circuit.

Oct. 6, 1930.

Before WILBUR, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to motion of appellant, ordered appeal dismissed.

UNITED STATES of America, Appellant, v. James H. HUSEN.

No. 8962.

Circuit Court of Appeals, Eighth Circuit.

July 9, 1930.

Ross R. Mowry, U. S. Atty., of Newton, Iowa.

Hugh P. Finerty and D. E. Stuart, both of Council Bluffs, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.